Good afternoon. This is the, uh, uh, Re. Wade E. Robertson. I'm here to talk to you about the KDL-177 hearing requested by Mr. Robertson in response to the court's order to so-call Mr. Robertson should not be disbarred in the light of such a case. Mr. Robertson, when you come up to the lectern, I hope we are recording these proceedings so that you can make any recommendations on what will be available to the media or audience. We have some questions for you, so I can tell you I would like the quote of Jeffrey H. Woodhurst, the D.O. officer, to help you say the term. Mr. Robertson, could I speak here?
judges: Appellate Commissioner Shaw